Tuesday          7th

May, 1996.


Rocco Turkeys, Inc. and
 Home Indemnity Company,                                    Appellants,

  against        Record No. 2276-94-3
                 Claim No. 165-09-96

Olga Lemus,                                                 Appellee.


From the Virginia Workers' Compensation Commission


An order dated March 7, 1996 was received from the Supreme
Court of Virginia on March 27, 1996 and is recorded as follows:

Rocco Turkeys, Inc., et al.,                               Appellants,

  against        Record No. 960192
                 Court of Appeals No. 2276-94-3

Olga Lemus,                                                 Appellee.


From the Court of Appeals of Virginia


Upon consideration of the petition for appeal filed herein, an appeal is awarded the appellants from a judgment rendered by the Court of Appeals of Virginia on January 3, 1996, in the above-styled proceeding.  Upon further consideration, the said judgment is vacated and the case is remanded to the Court of Appeals of Virginia for reconsideration in light of this Court's decisions in The Steinrich Group, et al. v. Claudia H. Jemmott, Record No. 950829, Perdue Farms, Inc. v. Linda Kay Martin, Record No. 951050, and Wampler-Longacre Chicken, Inc. et al. v. Shirley A. Biller, Record No. 951072 (March 1, 1996).

This order shall be certified to the Court of Appeals of Virginia and to the Virginia Workers' Compensation Commission.

A Copy,

Teste:

David B. Beach, Clerk

By:

/s/ Patricia H. Krueger
Deputy Clerk

A Copy,

Teste:

Clerk